IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABSIEL BENITEZ, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:18-cv-00491 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| TYSON FRESH MEATS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In light of the parties' notice of settlement (Doc. No. 110), the pretrial conference set for February 10, 2023, the jury trial set for February 21, 2023 and all related pretrial deadlines are canceled.

The parties shall file a stipulation of dismissal, or some other appropriate form of dismissal document contemplated by Rule 41, within 45 days hereof.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE